IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRICKSTREET MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.          CIVIL ACTION NO. 2:15-cv-06172

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.

## JUDGMENT ORDER

In accordance with the October 9, 2018 Order [ECF No. 66], the court **ORDERS** that judgment be entered in favor of the defendant and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

        ENTER:  October 9, 2018

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE